**Marian LOCKETT–BEY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 74178.**

Missouri Court of Appeals,
Eastern District,
Division Five.

March 23, 1999.

Paul Yarns, Office of the Special Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Gregory L. Barnes, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

**ORDER**

PER CURIAM.

Movant Marian Lockett–Bey appeals from the judgment denying his Rule 29.15 motion for post-conviction relief. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).